HENRY WOLLREICH, Appellant, *v.* JOHN D. HEINS, Respondent.

(Argued January 15, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made May 19, 1887, which

affirmed a judgment in favor of defendant, entered upon the report of a referee.

*Julius H. Seymour* for appellant.

*Alex. Thain* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.